**Joe Lee FULGHAM, Plaintiff— Appellant,**

v.

**Jason DELK, Suffolk Virginia Circuit Court Judge; Virginia State Police Sexual Offender Register, Virginia State Police Department, Defendants—Appellees.**

No. 05–7235.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2005.

Decided: Nov. 29, 2005.

Joe Lee Fulgham, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joe Lee Fulgham appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fulgham v. Delk,* No. CA–05–414 (E.D.Va. July 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*